UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ADAM REED,

                Plaintiff,

v.

SAFECO INSURANCE COMPANY OF ILLINOIS, *et al.*,

                Defendants.

Case No. 3:25-CV-00179-MMD-CLB

**ORDER STRIKING DISCOVERY DOCUMENTS**

[ECF No. 18]

    Plaintiff filed a Notice of Rule 26(a)(2) Disclosure of Expert Witnesses on the Docket. (ECF No. 18.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs counsel to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    **IT IS SO ORDERED.**

    **DATED:** September 17, 2025

                                                                                                    **UNITED STATES MAGISTRATE JUDGE**