McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cara T. Laursen
Nevada Bar No. 14563
  *cara.laursen@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for SAFECO INSURANCE
COMPANY OF ILLINOIS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM REED, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS; DOES 1-10; BLACK AND WHITE COMPANIES; PARTNERSHIPS A & B, inclusive,<br><br>            Defendants. | Case No. 3:25-cv-00179-MMD-CLB<br><br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

Case No. 3:25-cv-00179-MMD-CLB

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff ADAM REED, by and through his counsel of record, and Defendant SAFECO INSURANCE COMPANY OF ILLINOIS, by and through their counsel of record that the above-entitled matter be dismissed with prejudice against Defendant SAFECO INSURANCE COMPANY OF ILLINOIS, the parties to bear their own costs and attorneys' fees.

DATED this 5 day of March, 2026

THE LAW FIRM OF HERB SANTOS, JR.

By _____
HERB SANTOS, JR., ESQ.
Nevada Bar No. 4376
Attorneys for Plaintiff

DATED this 3rd day of March, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____/s/ Jonathan W. Carlson_____
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
Attorneys for Defendant

**IT IS SO ORDERED.**

DATED this 23rd day of March 2026.

_____
U.S. DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of March 2026, a true and correct copy of **STIPUATION AND ORDER TO DISMISS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP